## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ADAM KAMRAN, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-01494-RDA-MSN |
| | ) |
| SURE SECURE SOLUTIONS, LLC | ) |
| | ) |
| Defendant/Counterclaimant. | ) |

### JOINT NOTICE OF JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff/Counterclaim Defendant Adam Kamran ("Plaintiff"), by counsel, and Defendant/ Counterclaimant Sure Secure Solutions, LLC ("Defendant"), by counsel, hereby notify the Court that (1) Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismisses with prejudice all counts in the Amended Complaint (ECF No. 1-1) in this case, and (2) Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismisses with prejudice all counts in its First Amended Counterclaims in this case (ECF No. 20-1).

Per Fed. R. Civ. P. 41(a)(1)(A), this Notice of Dismissal does not require a Court Order.

The Clerk of Court is respectfully requested to note this lawsuit (Case No. 1:20-cv-01494) as CLOSED.

**AND THIS CAUSE IS ENDED.**

| | |
|---|---|
| ADAM KAMRAN<br>by Counsel | SURE SECURE SOLUTIONS, LLC<br>by Counsel |
| /s/<br>Joshua Erlich, VSB No. 81298<br>Davia Craumer, VSB No. 87426<br>Katherine L. Herrmann, VSB No. 83203<br>The Erlich Law Office, PLLC<br>2111 Wilson Blvd., Suite 700<br>Arlington, Virginia 22201<br>(703) 791- 9087 (telephone)<br>(703) 722-8114 (fax)<br>jerlich@erlichlawoffice.com<br>dcraumer@erlichlawoffice.com<br>kherrmann@erlichlawoffice.com<br>*Counsel for Plaintiff/Counterclaim-Defendant Adam Kamran* | Stephen D. Charnoff, VSB No. 65329<br>Rees Broome, PC<br>1900 Gallows Rd., Suite 700<br>Vienna, VA 22182<br>(703) 790-1911 (telephone)<br>(703) 790-6233 (direct)<br>(703) 852-1075 (facsimile)<br>scharnoff@reesbroome.com<br>*Counsel for Defendant/Counterclaimant Sure Secure Solutions, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2021, I will electronically file this notice with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Joshua Erlich, VSB No. 81298
>Davia Craumer, VSB No. 87426
>Katherine L. Herrmann, VSB No. 83203
>The Erlich Law Office, PLLC
>2111 Wilson Blvd., Suite 700
>Arlington, Virginia 22201
>(703) 791- 9087 (telephone)
>(703) 722-8114 (fax)
>jerlich@erlichlawoffice.com
>dcraumer@erlichlawoffice.com
>kherrmann@erlichlawoffice.com

Stephen D. Charnoff