IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ADAM KAMRAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-1494 (RDA/TCB) ) |
| SURE SECURE SOLUTIONS, LLC, | ) ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Notice of Joint Stipulation of Voluntary Dismissal with Prejudice. Dkt. 43. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that Defendant's Motion to Strike Jury Demand (Dkt. 36) is hereby DENIED as MOOT.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
December 13, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge